Docket NO: FBT-CV-17-5034414-S : SUPERIOR COURT

Lucia Cinotti

: J D. OF FAIRFIELD

V.

SHRED IT U.S.A. LLC, Et Al : AT BRIDGEPORT

JANUARY 28, 2018

## MOTION TO REARGUE
## MOTION TO TRANSFER

The Plaintiff, respectfully moves the court for re-argument of her motion to transfer the above case to regular docket. The record reflects that Plaintiff filed Motion to Transfer (entry #120), and (entry# 122). Plaintiff- pro se asserted been financially aggrieved.

On January 18, 2019, order (entry #124), is not Consistent to the doctrine of Res judicata. In the present case, Res judicata is barred, that the existing judgment was obtained by fraud and collusion.

At the outset of this case, the records reflected by multiple eyewitnesses, and affidavits produced, addition to the Plaintiff, there was collusion and fraud in court.

The doctrine of Res judicata is barred, when the judgment *rendered was procured not based on the merits of the case, but procured by fraud and collusion,* ........as new litigation will not be barred if the former judgment was procured through such means. See Weiss v. Weiss,, 297 conn.446, 470, 998 A.2d 766 (2010). (Res judicata does not apply to judgments obtained through fraud or collusion [when the] facts and events themselves arose by the dishonest misconduct of Magistrate Joseph Patchen, presiding over this Plaintiff case CV-17-5034441-S, lead to his *own recusal* on March 2, 2018. This allegation in court was eyewitnessed, at the outset. The records

125

reflects that, thereafter, Plaintiff detailed affidavit was forwarded to Chief Clerk.

On July 17, 2018, Plaintiff contacted Attorney Robert Wilock, Chief Clerk of the Bridgeport Superior Court, in a written affidavit and detailed the collusion and fraud upon this Plaintiff, No action, or reply by the Chief Clerk, the matter remained unresolved. Thereafter, the records reflects....Plaintiff Eyewitness Affidavits.

On October 26, 2018, Plaintiff, contacted the Chief Clerk Wilock, and again this Plaintiff was ignored.  EXHIBIT-1

The records reflects, the same order of dishonest conduct, was with Magistrate Baffman, in the absence of facts, or existence of testimony, relevant evidence... Preclusion of the court denial of the Plaintiff- Pro se eyewitness prevented to tesify a determination of the issues, facts, therefore the judgment rendered was not valid, and, therefore cannot sustain the integrity of the judicial final judgment.

Records reflects, Magistrate Patchen **recusal** of himself from this Plaintiff litigant, case, records reflected to his own disgraceful action *of misconduct of collusion* and fraud with defendants, "Hartford Insurance" and records reflected by other eyewitness, in addition to the Plaintiff..

Res judicata applies, *if the judgment rendered was on the merits of the case, not on fraud and collusion, as the instant case.*

Plaintiff- Pro se, asserts, that Res judicata does not apply to judgment obtained by the Defendant's "*The Hartford Insurance*" was a direct fraud and collusion, with the Magistrate Patchen, and to *huge financial detriment sustained by this Plaintiff*, and to unjust enrichment to the defendants " Hartford Insurance" .... The doctrine of Res judicata holds that an existing judgment rendered on fraud and collusion *is barred*

by the *Res judicata*.

Plaintiff pro se, allegation on *unreasonable delay by the court*, has caused undue Additional financial hardship, where both liabilities and damages are now Exceeded the $ 5000. In demand exclusive of interest and costs, but less than $15,000.00. Greater than the jurisdiction of the Small Claim Court, case pending since May 31, 2017,

Therefore;

The Plaintiff hereby, respectfully request to transfer the above referenced matter to the Regular Docket, Plaintiff wish to defend, preserve and safeguard her legal rights.

Respectfully submitted

BY _____
Lucia Cinotti-Plaintiff pro se
P.O. Box 2223, Shelton CT 06484.

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE ABOVE MOTION WAS MAILED TO THE COUNSEL AND PARTIES OF RECORDS ON January 28, 2019.

DEFENDANT'S

**Sherd It U.S.A. LLC**

Attorney: Morrison Mahoney LLP
One Constitutional Plaza. 10th flr
Hartford   CT  06103

**L:ahiri Dilip Kumar**

Attorney: Morrison Mahoney LLP
One Constitutional Plaza, 10th flr
Hartford   CT 06103

The Plaintiff
BY _____
Lucia Cinotti, Plaintiff -Pro se
P.O. Box 2223 Shelton CT 06484

July 17, 2018
RE: Docket No: CV-17 5034441-S
Small Claims Tort-Motor Vehicle

On March 2, 2018, Magistrate Joseph J. Patchen, and Attorney Kaelah M. Smith, discussed among themselves, how much settlement to offer this Plaintiff. This agreement was reached outside the presence of this plaintiff, and without reviewing Plaintiff evidence.

On May 14, 2018, Attorney Kaelah M. Smith, admitted, acknowledge, and confirmed in writing, that she had reached an agreement with Magistrate Patchen, outside the presence, or any knowledge or afforded to the Plaintiff.

On March 2, 2018, Magistrate Patchen ORDER. *"Plaintiff at the start of the hearing made inappropriate statement to the court and challenged the Court's Ability to understand this case when he Court attempt to explain issues at Court Procedure".*

Magistrate Patchen, offered no explanation why he recused himself? Is highly contradictory, because he had the authority to hear the case or dismiss the case.

Magistrate Patchen comment, about this Plaintiff are utterly false statement being posted on your Judicial Website on your Judicial website are utterly false, and highly defamatory, and harmful to the Plaintiff case, and Plaintiff reputation.

Magistrate Patchen *by his own dishonest misconduct, and unlawful action exceeded his authority, lead to his own recusal, ....... and knowingly violated Plaintiff's rights,* COERCE *into a settlement, even before Plaintiff had the opportunity to present her evidence to the court.*
*This plaintiff was deprived "Due Process of the law in a manner consistent with depravation OF RIGHTS UNDER THE COLOR OF LAW 'Exhibit-2*

**Rule 2.1** *("A Judge shall not make any public statement that might reasonably ex expected to affect the outcome or to impair the fairness of a matter pending or impending in any court or make any statement posted on judicial website that has substantially interfered and harmful the case or reputation of a fair hearing"*
*Plaintiff was harmed, when the next Magistrate Braffman On April 27, 2018, looked at the Judicial website Magistrate Patchen notes posted as true facts and* without reviewing none of the Plaintiff *estimates/her evidence, Magistrate Braffman. Order "     "After a lengthy and difficult trial"... ...*
Highly inappropriate for a court order.

**Noteworthy**; On 04/27/18, Plaintiff's asserts that the **hearing lasted (22 minutes and 36 seconds)** ... Facts... Magistrate Braffman, issued her order without reviewing Plaintiff evidence. To date,

On April 30, 2018, Plaintiff filed a Motion to reopen the case
These unlawful actions and defamatory statements have impaired the fairness of my pending case in court, has already substantially interfered with a fair hearing and input an additional financial strain on this Plaintiff. I have requested this utterly false comments posted on online, *on your Judicial Website to be removed immediately*, are untrue, is biasing, and impair the fairness to my pending case, biasing future Magistrates to my pending my case.

7-17-18

Lucia Cinotti

Notary Public:
Signed and sworn
before me 7-17-18

< 33 Results for **wilock**

### Wilock Small Claims Magistrate

**From:** previews <finehomes100f@aol.com>
**To:** finehomes100f <finehomes100f@aol.com>
**Date:** Tue, Oct 9, 2018 12:01 pm

📎 0518_001.pdf (75 KB)

-----Original Message-----
From: previews <finehomes100f@aol.com>
To: robert.wilock <robert.wilock@jud.ct.gov>
Sent: Wed, Jul 25, 2018 11:47 am
Subject: Small Claims Magistrate

Dear Attorney Wilock

Subject: Attached affidavit dated July 17, 2018. Docket No. **CV 17-175034441S**

I was advised to formally notify your office of my sworn affidavit of ongoing issues with Small Claims Magistrate.
My affidavit states my request. Thank you

Sincerely,

Lucia Cinotti

Exhibit - 2

5034441
Docket NO: FBT-CV-17-50344-S                : SUPERIOR COURT

Lucia Cinotti                                : J D. OF FAIRFIELD

V.                                           : AT BRIDGEPORT.
SHRED IT U.S.A. LLC, Et Al

October 26, 2018

## AFFIDAVIT

I, Heather Lindsay being duly sworn, depose and say:

- That I am over the age of 18 years and believe in the obligation of an oath

- That I am familiar with the facts of this case

- That I was the eyewitness in court at the Small Claim Room- C of the above action, and I eyewitness that Magistrate Braffman never allowed the Plaintiff- Pro se litigant Lucia Cinotti to speak or present evidence in court. Only addressed to the opposing attorney throughout the said hearing April 27, 2018.

- I am familiar because the order posted by Magistrate Braffman on the judicial website stated "After lengthy and difficult trial" the so called "trial" lengthy was less than 22 minutes, and the plaintiff's. was not allowed to introduce her evidence or eyewitness.

- Magistrate Braffman, noteworthy, Braffman never looked the Plaintiff's appraisals on damages or the police record. I find appalled of her choice of word, in her court order, posted on the judicial website dated April 27, 2018, and the statement on the Order is False" the Plaintiff never was allowed to present her evidence

- On September 26, 2018. The case was continued by the magistrate.

- I was appalled to read Magistrate Braffman Order 04/27/18, " defendant's *offer of payment is fair*" "signed by Magistrate Braffman does not reflect or represent the facts I witnessed in court.

- On October 26, 2018, I was in Court Small Claim Room C as eyewitness, to this matter and again, this Plaintiff, was not allowed to speak or present her evidence, and her case . The Magistrate only addressed the opposing counsel from the insurance company.

- To my knowledge, on the Judicial Website that this case is pending since May 31, 2017. That its a disgraceful for a small claim case, and despite a Motion for Default was entered against the defendant's on January 19, 2018.

The defendant's never filed an answer in this case.

*I was eyewitness in court. To take notes, I noticed the Plaintiff be deprived her due process*

"No person shall be denied equal protection of the law, nor be subject to *segregation or discrimination....*". Title 42 U.S.C. § 1983 Civil Action for Depravation of Rights.

*Access to Justice" whom*   Ms. Krista Hess, Director, Court Operations claims she advocate and   promoting   "Access to Justice"    remains quite contradictory to me in terms of my experience within the court "wanton, "neglectful" or "Malicious" ongoing conduct as an employee of the State of Connecticut, are deliberately, "ongoing" actions to   deprived Pro se litigants "equal access to the court"

By _Heather Lindsay_
Heather Lindsay

Paul J. Liguori
Notary Public-Connecticut
My Commission Expires
March 31, 2023

## JDNO NOTICE

**FBT-CV-17-5034441-S    CINOTTI, LUCIA v. SHRED IT U.S.A. LLC Et Al**

Notice Issued: **01/23/2019**

**Court Address:**
CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF FAIRFIELD
1061 MAIN STREET
BRIDGEPORT, CT 06604

**Notice Content:**
Notice Issued: **01/23/2019**
Docket Number: **FBT-CV-17-5034441-S**
Case Caption: **CINOTTI, LUCIA v. SHRED IT U.S.A. LLC Et Al**
Notice Sequence #: **1**

JDNO NOTICE

The Plaintiff is barred from transferring this adjudged matter to the Superior Court. The legal doctrine of Res Judicata applies.

{MONKS, SCM}

# JDNO NOTICE

**FBT-CV-17-5034441-S    CINOTTI, LUCIA v. SHRED IT U.S.A. LLC Et Al**

Notice Issued: **01/23/2019**

**Court Address:**
CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF FAIRFIELD
1061 MAIN STREET
BRIDGEPORT, CT 06604

**Notice Content:**
Notice Issued: **01/23/2019**
Docket Number: **FBT-CV-17-5034441-S**
Case Caption: **CINOTTI, LUCIA v. SHRED IT U.S.A. LLC Et Al**
Notice Sequence #: **1**

  JDNO NOTICE

The Plaintiff is barred from transferring this adjudged matter to the Superior Court. The legal doctrine of Res Judicata applies.

{MONKS, SCM}

DOCKET NO: FBTCV175034441S

CINOTTI, LUCIA
V.
SHRED IT U.S.A. LLC Et Al

ORDER   432310

SUPERIOR COURT

JUDICIAL DISTRICT OF FAIRFIELD
AT BRIDGEPORT

1/18/2019

## ORDER

The following order is entered in the above matter:

ORDER:

The Plaintiff is barred from transferring this adjudged matter to the Superior Court. The legal doctrine of Res Judicata applies.

Judicial Notice (JDNO) was sent regarding this order.

432310

Small Claims Magistrate:
SUSAN HELEN STUBAN MONKS

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE ABOVE MOTION WAS MAILED TO THE COUNSEL AND PARTIES OF RECORDS ON. 2-5- 2019.

DEFENDANT'S

**Sherd It U.S.A. LLC**

Attorney: Morrison Mahoney LLP
One Constitutional Plaza. 10th flr
Hartford   CT  06103

**L:ahiri Dilip Kumar**

Attorney: Morrison Mahoney LLP
One Constitutional Plaza, 10th flr
Hartford   CT 06103

The Plaintiff

BY _____
Lucia Cinotti, Plaintiff -Pro se
P.O. Box 2223 Shelton CT 06484